| | |
|---|---|
| 1 | Name: Al Zeiny |
| 2 | Address: 20471 Williams Ave |
| | Saratoga, CA 95070 |
| 3 | Phone Number: 408-458-0240 |
| 4 | E-mail Address: i@zeiny.net |
| 5 | *Pro Se* |

RECEIVED SEP 17 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AL ZEINY,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA AND THE CENTRAL INELEGANCE AGENCY

    Defendant.

Case Number: CV 19 5806

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

JCS

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: SEP 2 3 2019

                            Haywood S. Gilliam, Jr.
                            United States District Judge